# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL LEE MCDONALD,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ROB
BARE, DISTRICT JUDGE,
Respondents,
  and
THE STATE OF NEVADA; AND CITY
OF LAS VEGAS,
Real Parties in Interest.

No. 81728

FILED

SEP 24 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER DENYING PETITION FOR
A WRIT OF MANDAMUS OR PROHIBITION*

This original pro se petition for a writ of mandamus or prohibition appears to seek an order vacating petitioner's conviction for battery constituting domestic violence on the grounds that he was erroneously deprived of a jury trial.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.

_____ *Pickering* , C.J.
Pickering

_____ , J.               _____ , J.
Hardesty                                       Silver

cc:   Hon. Rob Bare, District Judge
       Michael Lee McDonald
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk